# U.S. District Court
# U.S. District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:26−cv−02795−PJS−EMB
# *Internal Use Only*

| | |
|---|---|
| Johnson et al v. Ellison et al<br>Assigned to: Judge Patrick J. Schiltz<br>Referred to: Magistrate Judge Elsa M. Bullard<br>Demand: $75,000<br>Cause: 42:1983 Civil Rights Act | Date Filed: 05/29/2026<br>Date Terminated: 09/03/2026<br>Jury Demand: Plaintiff<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Shaun A. Johnson** | represented by | **Caleb Kruckenberg**<br>Center for Individual Rights<br>1100 Connecticut Ave NW Suite 625<br>Washington, DC 20036−9005<br>202−888−6881<br>Email: kruckenberg@cir−usa.org<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert T Dube , Jr**<br>Eckland & Blando LLP<br>100 Washington Avenue South<br>Suite 1500<br>Minneapolis, MN 55401<br>612−236−0160<br>Email: rdube@ecklandblando.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Thomas Lee Harshaw**<br>Eckland & Blando LLP<br>100 Washington Ave. South<br>Ste 1500<br>Minneapolis, MN 55401<br>612−236−0160<br>Email: tharshaw@ecklandblando.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Katherine E. Johnson** | represented by | **Caleb Kruckenberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Robert T Dube , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Lee Harshaw**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

**Keith Ellison**
*in his official caapcity as Attorney General for the State of Minnesota*

represented by

**Kaitrin C Vohs**
Minnesota Attorney General's Office
State Agencies
445 Minnesota Street
Suite 600
St. Paul, MN 55101
651−757−1356
Fax: 651−297−4139
Email: kaitrin.vohs@ag.state.mn.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lindsay Strauss**
Minnesota Attorney General's Office
445 Minnesota Street
Suite 600
St. Paul, MN 55101−2125
651−757−1404
Fax: 651−297−4139
Email: lindsay.strauss@ag.state.mn.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Madeline Mae Sheehy**
Minnesota Attorney General's Office
445 Minnesota Street
Suite 600
Saint Paul, MN 55101−2125
651−757−1483
Email: madeline.sheehy@ag.state.mn.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Brooke Cunningham, M.D.**
*in her official capacity as Commissioner of the Minnesota Department of Health*

represented by

**Kaitrin C Vohs**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lindsay Strauss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Madeline Mae Sheehy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fairview Health Services**
*doing business as*
M Health Fairview

represented by

**Anupama D Sreekanth**
Fredrikson & Byron
60 South 6th Street
Suite 1500
Minneapolis, MN 55402
612−492−7445
Email: asreekanth@fredlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory E Karpenko**
Fredrikson & Byron, P.A.
60 South Sixth Street
Suite 1500
Minneapolis, MN 55402
612−492−7064
Email: gkarpenko@fredlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Theisen**
Fredrikson & Byron
60 South Sixth Street
Suite 1500
Minneapolis, MN 55402
612−492−7274
Email: stheisen@fredlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 05/29/2026 | 1 | COMPLAINT against All Defendants (filing fee $ 405, receipt number AMNDC−13003601) filed by Shaun A. Johnson, Katherine E. Johnson. Filer requests summons issued. (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C, # 4 Exhibit(s) D, # 5 Exhibit(s) E, # 6 Civil Cover Sheet) (Harshaw, Thomas) (Entered: 05/29/2026) |

| | | |
|---|---|---|
| 06/01/2026 | 2 | (Text−Only) CLERK'S NOTICE OF INITIAL CASE ASSIGNMENT. Case assigned to Judge Patrick J. Schiltz per 3rd/4th Civil Rights list, referred to Magistrate Judge Elsa M. Bullard. Please use case number 26−cv−2795 PJS/EMB.<br>**Notice: All Nongovernmental Corporate Parties must file a Rule 7.1 Corporate Disclosure Statement.**<br>(kt) (Entered: 06/01/2026) |
| 06/01/2026 | 3 | Summons Issued as to Brooke Cunningham, M.D., Keith Ellison, Fairview Health Services. (kt) (Entered: 06/01/2026) |
| 06/01/2026 | 4 | (Text−Only) Notice re: Non−Admitted Attorney<br><br>We have received documents listing **Caleb Kruckenberg** as counsel of record. If he or she wishes to be listed as an attorney of record in this case, he or she must be admitted to the bar of the U.S. District Court of Minnesota in accordance with Local Rule 83.5 (a), (b) and (c) or temporarily admitted pro hac vice in accordance with Local Rule 83.5 (d) or (e).<br><br>For more admissions information and forms, please see the Attorney Forms Section of the courts website at www.mnd.uscourts.gov/forms/all−forms. (kt) (Entered: 06/01/2026) |
| 06/09/2026 | 5 | Summons Issued as to Brooke Cunningham, M.D., Keith Ellison, Fairview Health Services. (Summons reissued to reflect the updated address for Plaintiffs' counsel.) (LTT) (Entered: 06/09/2026) |
| 06/09/2026 | 6 | MOTION for Admission Pro Hac Vice for Attorney Caleb Kruckenberg. Filing fee $ 150, receipt number AMNDC−13027841 filed by Katherine E. Johnson, Shaun A. Johnson. (Dube, Robert) (Entered: 06/09/2026) |
| 06/09/2026 | 7 | (Text−Only) ORDER granting 6 Motion for Admission Pro Hac Vice of Attorney Caleb Kruckenberg for Katherine E. Johnson, and, for Shaun A. Johnson. Approved by Magistrate Judge Elsa M. Bullard on 6/9/2026. (CNO) (Entered: 06/09/2026) |
| 06/16/2026 | 8 | SUMMONS Returned Executed by Shaun A. Johnson, Katherine E. Johnson. Fairview Health Services served on 6/9/2026, answer due 6/30/2026. (Dube, Robert) (Entered: 06/16/2026) |
| 06/16/2026 | 9 | SUMMONS Returned Executed by Shaun A. Johnson, Katherine E. Johnson. Keith Ellison served on 6/10/2026, answer due 7/1/2026. (Dube, Robert) (Entered: 06/16/2026) |
| 06/16/2026 | 10 | SUMMONS Returned Executed by Shaun A. Johnson, Katherine E. Johnson. Brooke Cunningham, M.D. served on 6/12/2026, answer due 7/6/2026. (Dube, Robert) (Entered: 06/16/2026) |
| 06/24/2026 | 11 | NOTICE of Appearance by Gregory E Karpenko on behalf of Fairview Health Services. (Karpenko, Gregory) (Entered: 06/24/2026) |
| 06/24/2026 | 12 | NOTICE of Appearance by Anupama D Sreekanth on behalf of Fairview Health Services. (Sreekanth, Anupama) (Entered: 06/24/2026) |
| 06/24/2026 | 13 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by Sarah Theisen on behalf of Fairview Health Services. (Theisen, Sarah) (Entered: 06/24/2026) |
| 06/30/2026 | 14 | MOTION to Dismiss/General filed by Fairview Health Services. (Karpenko, Gregory) (Entered: 06/30/2026) |
| 06/30/2026 | 15 | NOTICE OF HEARING ON MOTION 14 MOTION to Dismiss/General : Motion Hearing set for 9/2/2026 at 08:30 AM in Courtroom 15 (MPLS) before Chief Judge Patrick J. Schiltz. (Karpenko, Gregory) (Entered: 06/30/2026) |
| 06/30/2026 | 16 | MEMORANDUM in Support re 14 MOTION to Dismiss/General filed by Fairview Health Services. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Karpenko, Gregory) (Entered: 06/30/2026) |
| 06/30/2026 | 17 | MEET and CONFER STATEMENT re 14 Motion to Dismiss/General filed by Fairview Health Services.(Karpenko, Gregory) (Entered: 06/30/2026) |
| 06/30/2026 | 18 | PROPOSED ORDER TO JUDGE re 14 MOTION to Dismiss/General filed by Fairview Health Services.(Karpenko, Gregory) (Entered: 06/30/2026) |
| 06/30/2026 | 19 | **RULE 7.1 DISCLOSURE STATEMENT.** There is no parent corporation, publicly held corporation owning 10 percent or more of its stock, or any subsidiaries to report for Fairview Health Services. (Karpenko, Gregory) (Entered: 06/30/2026) |
| 06/30/2026 | 20 | AFFIDAVIT of Service by Fairview Health Services re 17 Meet and Confer Statement, 18 Proposed Order to Judge, 15 Notice of Hearing on Motion, 16 Memorandum in Support of Motion, 14 MOTION to Dismiss/General (Karpenko, Gregory) (Entered: 06/30/2026) |
| 07/01/2026 | 21 | NOTICE of Appearance by Madeline Mae Sheehy on behalf of Brooke Cunningham, M.D., Keith Ellison. (Sheehy, Madeline) (Entered: 07/01/2026) |
| 07/01/2026 | 22 | NOTICE of Appearance by Kaitrin C Vohs on behalf of Brooke Cunningham, M.D., Keith Ellison. (Vohs, Kaitrin) (Entered: 07/01/2026) |
| 07/01/2026 | 23 | MOTION to Dismiss/General filed by Brooke Cunningham, M.D., Keith Ellison. (Vohs, Kaitrin) (Entered: 07/01/2026) |
| 07/01/2026 | 24 | NOTICE OF HEARING ON MOTION 23 MOTION to Dismiss/General : Motion Hearing set for 9/2/2026 at 08:30 AM in Courtroom 15 (MPLS) before District Judge Patrick J. Schiltz. (Vohs, Kaitrin) (Entered: 07/01/2026) |
| 07/01/2026 | 25 | MEMORANDUM in Support re 23 MOTION to Dismiss/General filed by Brooke Cunningham, M.D., Keith Ellison. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Vohs, Kaitrin) (Entered: 07/01/2026) |
| 07/01/2026 | 26 | MEET and CONFER STATEMENT re 23 Motion to Dismiss/General filed by Brooke Cunningham, M.D., Keith Ellison.(Vohs, Kaitrin) (Entered: 07/01/2026) |
| 07/01/2026 | 27 | PROPOSED ORDER TO JUDGE re 23 MOTION to Dismiss/General filed by Brooke Cunningham, M.D., Keith Ellison.(Vohs, Kaitrin) (Entered: 07/01/2026) |
| 07/05/2026 | 28 | (Text−Only) ORDER/NOTICE TO ATTORNEY. Due to the pending motions to dismiss (Dkt. Nos. 14, 23), the Court finds there is good cause to delay the entry of a pretrial scheduling order. The Court will schedule a pretrial conference, if needed, promptly after a decision is issued on the pending motion. If either party has need for |

| | | |
|---|---|---|
| | | earlier issuance of a pretrial scheduling order, please notify the Court.<br><br>Ordered by Magistrate Judge Elsa M. Bullard on 7/5/2026.(CRD) (Entered: 07/05/2026) |
| 07/08/2026 | 29 | MOTION for Extension of Time to File Response/Reply as to 23 MOTION to Dismiss/General , 14 MOTION to Dismiss/General filed by Katherine E. Johnson, Shaun A. Johnson. (Dube, Robert) (Entered: 07/08/2026) |
| 07/08/2026 | 30 | Redacted Document for 1 Redacted Exhibit C to Complaint . (Attachments: # 1 Exhibit(s) Redacted Exhibit D to Complaint)(Dube, Robert) (Entered: 07/08/2026) |
| 07/09/2026 | 31 | ORDER granting 29 plaintiffs' unopposed motion for extension of time. See Order for deadlines and details. Signed by Judge Patrick J. Schiltz on 7/9/2026. (CRD) (Entered: 07/09/2026) |
| 08/11/2026 | 32 | MEMORANDUM in Opposition re 14 MOTION to Dismiss/General filed by Katherine E. Johnson, Shaun A. Johnson. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Kruckenberg, Caleb) (Entered: 08/11/2026) |
| 08/12/2026 | 33 | MEMORANDUM in Opposition re 23 MOTION to Dismiss/General filed by Katherine E. Johnson, Shaun A. Johnson. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Kruckenberg, Caleb) (Entered: 08/12/2026) |
| 08/25/2026 | 34 | NOTICE of Appearance by Lindsay Strauss on behalf of Brooke Cunningham, M.D., Keith Ellison. (Strauss, Lindsay) (Entered: 08/25/2026) |
| 08/25/2026 | 35 | Reply to Response to Motion re 14 MOTION to Dismiss/General filed by Fairview Health Services. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Karpenko, Gregory) (Entered: 08/25/2026) |
| 08/26/2026 | 36 | Reply to Response to Motion re 23 MOTION to Dismiss/General filed by Brooke Cunningham, M.D., Keith Ellison. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Vohs, Kaitrin) (Entered: 08/26/2026) |
| 09/02/2026 | 37 | (Text−Only) **MINUTE ENTRY for proceedings held before Judge Patrick J. Schiltz on 9/2/2026: Oral Arguments Motion Hearing.**<br><br>Minneapolis Courthouse, Courtroom 15E.<br>Time: 8:35 a.m./9:19 a.m.<br>Total Time: 44 minutes.<br><br>**APPEARANCES:**<br>**For Plaintiffs:** Caleb Kruckenberg and Robert T. Dube, Jr.<br>**For Defendant Keith Ellison in his official capacity as Attorney General for the State of Minnesota; and Dr. Brooke Cunningham in her official capacity as Commissioner of the Minnesota Department of Health:** Kaitrin C. Vohs and Madeline Mae Sheehy.<br>**For Defendant Fairview Health Services:** Anupama D. Sreekanth and Gregory E. Karpenko.<br><br>**PROCEEDINGS:**<br>**Hearing on: 14 Fairview Health Services' Motion to Dismiss and 23 State Defendants' Motion to Dismiss.**<br>The motions were moved, argued, and taken under advisement. Order to follow. |

| | | |
|---|---|---|
| | | (CRD) (Entered: 09/02/2026) |
| 09/03/2026 | 38 | ORDER GRANTING 23 the motion to dismiss of defendants Keith Ellison and Brooke Cunningham, M.D., and all claims against these defendants are DISMISSED WITH PREJUDICE AND ON THE MERITS; and GRANTING IN PART and DENYING IN PART 14 defendant Fairview Health Services' motion to dismiss. Plaintiffs' federal claims against defendant Fairview Health Services are DISMISSED WITH PREJUDICE AND ON THE MERITS. Pursuant to 28 U.S.C. § 1367(c)(3), the Court declines to exercise supplemental jurisdiction over plaintiffs' state−law claim against defendant Fairview Health Services, and that claim is DISMISSED WITHOUT PREJUDICE. LET JUDGMENT BE ENTERED ACCORDINGLY. See order for details. (Written Opinion). Signed by Judge Patrick J. Schiltz on 9/3/2026. (CRD) (Entered: 09/03/2026) |
| 09/03/2026 | 39 | JUDGMENT (Attachments: # 1 Civil Notice − appeal)(MMP) (Entered: 09/03/2026) |
| 10/02/2026 | 40 | NOTICE OF APPEAL TO 8TH CIRCUIT as to 39 Judgment, 38 Order on Motion to Dismiss/General,,,,,,, by Katherine E. Johnson, Shaun A. Johnson. Filing fee $ 605, receipt number AMNDC−13318117. (Kruckenberg, Caleb) (Entered: 10/02/2026) |
| 10/02/2026 | 41 | TRANSMITTAL OF APPEAL LETTER TO U. S. COURT OF APPEALS, 8TH CIRCUIT, Re: Notice of Appeal to 8th Circuit 40 . (MMP) (Entered: 10/02/2026) |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SHAUN A. JOHNSON and KATHERINE E. JOHNSON,

Plaintiffs,

v.

KEITH ELLISON, in his official capacity as Attorney General for the State of Minnesota; BROOKE CUNNINGHAM, M.D., in her official capacity as Commissioner of the Minnesota Department of Health; and FAIRVIEW HEALTH SERVICES, d/b/a M Health Fairview,

Defendants.

Case No. 26-CV-2795 (PJS/EMB)

ORDER

Caleb Kruckenberg, CENTER FOR INDIVIDUAL RIGHTS, and Robert T. Dube and Thomas Lee Harshaw, ECKLAND & BLANDO LLP, for plaintiffs Shaun A. Johnson and Katherine E. Johnson.

Kaitrin C. Vohs and Madeline Mae Sheehy, MINNESOTA ATTORNEY GENERAL'S OFFICE, for defendants Keith Ellison and Brooke Cunningham, M.D.

Anupama D. Sreekanth, Sarah Theisen, and Gregory E. Karpenko, FREDRIKSON & BYRON, for defendant Fairview Health Services.

Plaintiffs Shaun and Katherine Johnson ("the Johnsons") bring a variety of constitutional and statutory claims against Fairview Health Services ("Fairview") arising out of Fairview's alleged refusal to provide access to their minor child's ("J.J.'s") medical records. In addition, the Johnsons bring claims against Keith Ellison in his

official capacity as Attorney General for the State of Minnesota and Brooke Cunningham, M.D., in her official capacity as Commissioner of the Minnesota Department of Health (collectively, the "State Defendants"), based on the allegation that Fairview relied on Minnesota law in withholding J.J.'s medical records from the Johnsons.

This matter is before the Court on defendants' motions to dismiss. The Court held a hearing on the motions on September 2, 2026. At that hearing, the Court extensively questioned the Johnsons about the exact nature of their claims and Fairview about the exact nature of its defenses. Fairview made clear that, to the extent that it blocked access to any of J.J.'s medical records, it is *not* claiming that its actions were required or permitted by Minnesota law. Based on this clarification, the Court grants the State Defendants' motion to dismiss.

At the hearing, the Johnsons clarified that they have one state-law claim and two federal claims against Fairview: (1) a state-law claim under Minn. Stat. § 144.292; (2) a federal claim under the Health Insurance Portability and Accountability Act ("HIPAA"); and (3) a federal claim under 42 U.S.C. § 1983 for violation of their right to substantive due process.

Both of the federal claims fail. First, the Johnsons cannot maintain their HIPAA claim because, as they conceded at the hearing, there is no private right of action under

HIPAA. *See Dodd v. Jones*, 623 F.3d 563, 569 (8th Cir. 2010). Second, the Johnsons' § 1983 claim is not viable because, in (allegedly) refusing to give the Johnsons access to some of J.J.'s medical records, Fairview (a private entity) was not acting under color of state law. *See Am. Mfrs. Mut. Ins. Co. v. Sullivan*, 526 U.S. 40, 49–50 (1999) (explaining that a plaintiff must allege that a deprivation of their constitutional rights was committed under color of state law). As noted, Fairview does not claim that it relied on Minnesota law in withholding access to the medical records of J.J. that are at issue in this case; indeed, Fairview concedes that Minnesota law *requires* it to provide those records to the Johnsons. Fairview's defense is simply that it did not withhold any of J.J.'s records from the Johnsons. Because there is no conceivable basis on which Fairview could be held to be a state actor, the Johnsons' § 1983 claim fails.[1]

Finally, because the Court has dismissed the only claims over which it had original jurisdiction, the Court declines to exercise supplemental jurisdiction over the Johnsons' remaining state-law claim. *See Hervey v. Cnty. of Koochiching*, 527 F.3d 711, 726–27 (8th Cir. 2008); *Ivy v. Kimbrough*, 115 F.3d 550, 552–53 (8th Cir. 1997) (explaining

[1] The Court notes that, even if Fairview did claim that, in withholding medical records of J.J., it was acting in compliance with Minnesota law, that would not be sufficient to turn Fairview into a state actor. "Action by a private party pursuant to [a state] statute, without something more, [is] not sufficient to justify a characterization of that party as a 'state actor.'" *Lugar v. Edmondson Oil Co.*, 457 U.S. 922, 939 (1982); *see also Mueller v. Auker*, 700 F.3d 1180, 1191–92 (9th Cir. 2012) ("St. Luke's did not become a state actor simply because it complied with state law requiring its personnel to report possible child neglect to Child Protective Services.").

that "[i]n most cases, when federal and state claims are joined and the federal claims are dismissed . . . the pendent state claims are dismissed without prejudice").

**ORDER**

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. The motion to dismiss of defendants Keith Ellison and Brooke Cunningham, M.D. [ECF No. 23] is GRANTED and all claims against these defendants are DISMISSED WITH PREJUDICE AND ON THE MERITS.

2. The motion to dismiss of defendant Fairview Health Services [ECF No. 14] is GRANTED IN PART and DENIED IN PART as follows:

   a. Plaintiffs' federal claims against Fairview are DISMISSED WITH PREJUDICE AND ON THE MERITS.

   b. Pursuant to 28 U.S.C. § 1367(c)(3), the Court declines to exercise supplemental jurisdiction over plaintiffs' state-law claim against Fairview, and that claim is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 3, 2026

/s/ Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge

# UNITED STATES DISTRICT COURT

## District of Minnesota

Shaun A. Johnson and Katherine E. Johnson,

Plaintiff(s),

v.

Keith Ellison, Brooke Cunningham, M.D., and Fairview Health Services,

Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-2795 PJS/EMB

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The motion to dismiss of defendants Keith Ellison and Brooke Cunningham, M.D. [ECF No. 23] is GRANTED and all claims against these defendants are DISMISSED WITH PREJUDICE AND ON THE MERITS.

2. The motion to dismiss of defendant Fairview Health Services [ECF No. 14] is GRANTED IN PART and DENIED IN PART as follows:

   a. Plaintiffs' federal claims against Fairview are DISMISSED WITH PREJUDICE AND ON THE MERITS.

   b. Pursuant to 28 U.S.C. § 1367(c)(3), the Court declines to exercise supplemental jurisdiction over plaintiffs' state-law claim against Fairview, and that claim is DISMISSED WITHOUT PREJUDICE.

Date: 9/3/2026

KATE M. FOGARTY, CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**Warren E. Burger Federal Building and U.S. Courthouse**
316 North Robert Street
Room 100
St. Paul, MN 55101

**Diana E. Murphy U.S. Courthouse**
300 South Fourth Street
Room 202
Minneapolis, MN 55415

**Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse**
515 West First Street
Duluth, MN 55802

**Edward J. Devitt U.S. Courthouse and Federal Building**
118 South Mill Street
Fergus Falls, MN 56537

## CIVIL NOTICE

**The appeal filing fee is $605.00. If you are indigent, you can apply for leave to proceed in forma pauperis, ("IFP").**

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals or the Federal Circuit Court of Appeals (when applicable) from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or
2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or
3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or
4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| SHAUN A. JOHNSON, KATHERINE E. JOHNSON,<br><br>*Plaintiffs*,<br><br>v.<br><br>KEITH ELLISON, *in his official capacity as* Attorney General for the State of Minnesota,<br><br>BROOKE CUNNINGHAM, M.D., *in her official capacity as* Commissioner of the Minnesota Department of Health,<br><br>AND<br><br>FAIRVIEW HEALTH SERVICES d/b/a M Health Fairview<br>*Defendants*. | Case No.: 26-cv-02795-PJS-EMB<br><br>**NOTICE OF APPEAL** |

Plaintiffs, Shaun A. Johnson and Katherine E. Johnson, through undersigned counsel, hereby appeal, pursuant to 29 U.S.C. 1291, to the United States Court of Appeals for the Eighth Circuit, from the memorandum and order of the district court dated September 3, 2026 (ECF Nos. 38, 39), dismissing Plaintiffs' complaint with prejudice.

DATED: October 2, 2026

Respectfully submitted,

/s/ *Caleb Kruckenberg*
Caleb Kruckenberg*
CENTER FOR INDIVIDUAL RIGHTS

1100 Connecticut Ave, NW
Suite 625
Washington, DC 20036
(202) 833-8400
kruckenberg@cir-usa.org

*Admitted *Pro Hac Vice*

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Respectfully submitted,

*/s/Caleb Kruckenberg*
Caleb Kruckenberg (VA Bar No. 97609)*
Kruckenberg@cir-usa.org
CENTER FOR INDIVIDUAL RIGHTS
1100 Connecticut Ave, NW, Ste. 625
Washington, D.C. 20036
Tel. (202) 833-8401

*Attorney for Plaintiffs*

*Admitted pro hac vice

# UNITED STATES
# DISTRICT COURT
# DISTRICT OF MINNESOTA

**Warren E. Burger Federal Building and U.S. Courthouse**
316 North Robert Street
Room 100
St. Paul, MN 55101

**Diana E. Murphy U.S. Courthouse**
300 South Fourth Street
Room 202
Minneapolis, MN 55415

**Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse**
515 West First Street
Duluth, MN 55802

**Edward J. Devitt U.S. Courthouse and Federal Building**
118 South Mill Street
Fergus Falls, MN 56537

## TRANSMITTAL OF APPEAL

Date: October 2, 2026

To: U.S. COURT OF APPEALS, 8TH CIRCUIT

From: mmp, U.S. District Court-Minnesota

In Re: District Court Case No. 26-cv-2795 PJS/EMB
Eighth Circuit Case No.: Not yet assigned
Case Title: Johnson et al v. Ellison et al

The statutory filing fee has:

☒ been paid, receipt number: AMNDC-13318117
☐ not been paid as of
IFP ☐ is ☐ is not pending
☐ been waived because:
☐ Application for IFP granted ☐ USA filed appeal

Length of Trial:

Was a court reporter utilized? ☐ Yes ☒ No

If yes, please identify the court reporter: