UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

**APPEARANCE OF COUNSEL**

Case Title: Shaun Johnson, et al vs. Keith Ellison, et al

**The Clerk will enter my appearance as Counsel in Appeal No.** 26-3013 for the following party(s): (please specify)

Fairview Health Services

☐ Appellant(s) ☐ Petitioner(s) ☑ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Anupama D. Sreekanth s/: Anupama D. Sreekanth

Firm Name: Fredrikson & Byron, P.A.

Business Address: 60 South Sixth Street, Suite 1500

City/State/Zip: Minneapolis, MN 55402

Telephone Number (Area Code): 612-492-7445

Email Address: asreekanth@fredlaw.com

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 10/8/2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: