**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

Shaun A. Johnson and
Katherine E. Johnson,

Plaintiffs,

v.

Appeal No. 26-3013

Keith Ellison, in his official capacity as Attorney General for the State of Minnesota, Brooke Cunningham, M.D., in her official capacity as Commissioner of the Minnesota Department of Health, and Fairview Health Services d/b/a M Health Fairview,

Defendants.

---

## FAIRVIEW HEALTH SERVICES' CORPORATE DISCLOSURE STATEMENT

Appellee Fairview Health Services d/b/a M Health Fairview ("Fairview") makes the following disclosures pursuant to Federal Rule of Appellate Procedure 26.1(a) and 8th Cir. R. 26.1A:

1. Fairview does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

2. A supplemental disclosure statement will be filed upon any change in the information provided.

Dated: October 8, 2026

*s/ Gregory E. Karpenko*

Gregory E. Karpenko
Anupama D. Sreekanth
Sarah Theisen
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
Telephone: 612.492.7000
gkarpenko@fredlaw.com
asreekanth@fredlaw.com
stheisen@fredlaw.com

***Attorneys for Appellee Fairview Health Services d/b/a M Health Fairview***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system, which will send notification of such filing to all parties of record.

s/ Gregory E. Karpenko